UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff,

-against-                                             12-mj-00001-FJL-1

Thomas Farese,                               **MOTION FOR ADMISSION**
                                                           **PRO HAC VICE**
                Defendant.

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Jon May, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Thomas Farese in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. Certificate of Good Standing attached.

January 28, 2012

                                                                   Respectfully Submitted,

                                                                   Jon May
                                                                  May & Cohen P.A.
                                                                  1001 Brickell Bay Drive, Suite 2206
                                                                  Miami, Florida 33131
                                                                  305.373.3740 voice
                                                                  786.228.0246 fax
                                                                  crimlawfed@gmail.com